UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM LEM POSEY, II,

         Petitioner,                             Criminal Case Number 94-00096
                                                 Civil Case Number 16-01503
v.                                                  Honorable David M. Lawson

UNITED STATES OF AMERICA,

         Respondent.
_____/

## JUDGMENT

In accordance with the opinion and order denying the motion to vacate sentence entered on this date,

It is hereby **ORDERED AND ADJUDGED** that the motion to vacate sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

                                 s/David M. Lawson
                                 DAVID M. LAWSON
                                 United States District Judge
                                 Sitting by special designation

Dated:  October 18, 2017